IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02369-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

MARC MALEY,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On October 23, 2015, Plaintiff Marc Maley submitted a Letter, ECF No. 1, to the Court, in which he asks that the Court provide information, documents, and applications to him that have been processed, requested, or filed in "Maley v. State of Colorado," apparently in this Court.   After review of the Docket, the Court finds that Mr. Maley has not filed a case in this Court.   Mr. Maley also indicates that he desires to make an appointment with the U.S. Attorney located in Grand Junction, Colorado.   The Court does not arrange appointments for individuals with other agencies.

To the extent that Mr. Maley is challenging the conditions of his confinement, and intends to proceed with an action in this Court at this time the instant action has been opened.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will

be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_   is not submitted
(2)  ___   is missing affidavit
(3)  _X_   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  _X_   is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner
(8)  ___   is not on proper form
(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) ___   other:

**Complaint, Petition or Application**:
(11) _X_   is not submitted
(12) ___   is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ____
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain a Court-approved Prisoner Complaint form and a Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).   Plaintiff must use the Court-approved forms when curing the noted deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 2, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge