IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02369-GPG

MARC MALEY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

ORDER OF DISMISSAL

---

On October 23, 2015, Plaintiff Marc Maley initiated this action by submitting a Letter, ECF No. 1, to the Court, in which he asks that the Court provide information, documents, and applications to him that have been processed, requested, or filed in "Maley v. State of Colorado," apparently in this Court.   On December 2, 2015, Magistrate Judge Gordon P. Gallagher entered an order that found Plaintiff had not filed a case in this Court and directed him, if he desires to file a case in this Court challenging the conditions of his confinement to first cure certain deficiencies.

Specifically, Magistrate Judge Gallagher directed Plaintiff to file his claims on a Court-approved form used in filing a prisoner complaint and to submit a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.   Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 11, 2015, the December 2 Order was returned to the Court and the envelope that the Order was returned in was marked, "RTS," and "Not Here."

In accordance with the Local Rules of Practice for the United States District Court for the District of Colorado, D.C.COLO.LCivR 5.1(c), Plaintiff is required to notify the Court of an address change within five days after the change.   Plaintiff has failed to comply with the Court's Local Rules or communicate with the Court.   As a result, he has failed to cure the deficiencies within the time allowed.   The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  8th  day of     January      , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court